UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CLARK E. DUCART,<br><br>　　　　　Respondent. | 1:15-cv-0940 - JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 11)<br><br>30-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 20, 2015, Respondent filed a motion to extend time to file responsive pleading. Good cause appearing, the Court **ORDERS**:

Respondent is granted 30 days from the date of service of this order in which to file responsive pleading.

IT IS SO ORDERED.

　　Dated:   **August 26, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1