UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CLARK E. DUCART,<br><br>　　　　Respondent. | Case No.: 1:15-cv-00940-LJO-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE AN OVERSIZED BRIEF<br><br>(Doc. 20) |

On December 2, 2015, Petitioner filed his Traverse, along with a motion to file an oversized brief. (Docs. 19; 20) The matter is presently awaiting a decision on the merits of Petitioner's claims. Good cause appearing, Petitioner's motion for permission to file an oversized brief in support of the Traverse (Doc. 20), is **GRANTED**.

IT IS SO ORDERED.

　Dated:　**August 17, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE